SEVENTH NATIONAL BANK OF NEW YORK, Respondent, *v.* JOSEPH J. SCHICKLER, Appellant.

(Submitted January 21, 1935; decided January 24, 1935.)

*Henry L. Bayles* for motion.
*Joseph J. Schickler*, in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.